IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

SHA'LACE REANE NICOLE GIPSON,  )
                               )
    Plaintiff,                 )
                               )
v.                             )     CV 122-153
                               )
AUGUSTA ARTHRITIS CENTER;      )
DR. RENEE PETERKIN-McCALMAN;   )
EMORY UNIVERSITY HEALTH;       )
AUGUSTA UNIVERSITY HEALTH;     )
AUGUSTA RHEMATOLOGY INSTITUTE; )
DR. NAVEEDA T. AHMED; and      )
DR. KATINA CHRISTINA TSUGARIS, )
                               )
    Defendants.                )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 10.) The Magistrate Judge recommended dismissing the case because Plaintiff had not satisfied the requirements for invoking the Court's subject matter jurisdiction. (Doc. no. 6.) Nothing in the objections changes that analysis. The Court recognizes Plaintiff's objections also contain a request to appoint counsel for her, (doc. no. 10, p. 2), but "[a] civil litigant . . . has no absolute constitutional right the appointment of counsel." Dean v. Barber, 951 F.2d 1210, 1216 (11th Cir. 1992) (citation omitted). Rather, appointment of counsel is a privilege justified only by exceptional circumstances, (id.), and as this Court has no jurisdiction to hear Plaintiff's claims, there are no exceptional circumstances to justify appointing counsel.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge, **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 27th day of January, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE